UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

2003 VOLKSWAGEN PASSAT
WASHINGTON LICENSE PLATE 709
YUV VIN WVWUK63B53P343877 et
al.,

                    Defendants.

NO. CV-09-3087-EFS

**ORDER GRANTING THE PARTIES'
STIPULATION FOR ORDER OF
FORFEITURE**

     Before the Court, without oral argument, is the Parties' Stipulation
for Order of Forfeiture.  (Ct. Rec. 12.)

     Accordingly, **IT IS HEREBY ORDERED:**

     1. The parties' Stipulation for Order of Forfeiture **(Ct. Rec. 12)**

is **GRANTED.**

     2.  The  Defendant  property  being  forfeited  consists  of  assets

described as follows:

          a.   2004 Cadillac SRX, Washington License Plate: 631 YOD,

               VIN: 1GYEE63A740149536;

ORDER ~ 1

      b.    1963 Chevrolet Impala, Washington License Plate: 491 WOE, VIN: 31847L193642;

      c.    1937 Chevrolet Sedan, Washington License Plate: 766, NOQ, VIN: 21GA0428601;

      d.    1988 Sea Doo Bombardier Jet Ski, HIN: USCEC1023C898; 1998 Shore Boat Trailer, Washington License Plate: 7238SU, VIN: 1MDHG8P13WA004108.

3. Claimant Juvenal Moreno Garcia hereby relinquishes all right, title, and interest in the Defendant property described herein and consents to the entry of this Final Order of Forfeiture, forfeiting his interest in the Defendant property to the United States of America, and waives a hearing and notice of presentment related thereto.

4. Claimant Juvenal Moreno Garcia hereby releases and forever discharges the United States of America, its officers, agents, employees, heirs, successors, or assigns, including, but not limited to, the United States Bureau of Immigration and Customs Enforcement, from any and all actions, causes of action, suits, proceedings, debts, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity that Juvenal Moreno Garcia, his heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, release, and/or forfeiture of the Defendant property.

ORDER ~ 2

5. Claimant Juvenal Moreno Garcia further waives any right to an appeal.  Each party shall bear its fees and costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this  20th  day of January 2010.


                              s/Edward F. Shea
                            EDWARD F. SHEA
                      United States District Judge

Q:\Civil\2009\3087.stip.forfeit.wpd

ORDER ~ 3